COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        Fernando Haffid Camero v. Samantha Jo Camero

Appellate case number:      01-15-00860-CV

Trial court case number:    76468-F

Trial court:                300th District Court of Brazoria County

On January 21, 2016, this Court ordered the appellant, Fernando Haffid Camero, to file his motion for extension of time within 30 days of that Order, providing a reasonable explanation why his notice of appeal in this divorce case should be deemed timely. This Court's Order also directed the trial clerk to mail a copy of the clerk's record to the *pro se* and incarcerated appellant, within 10 days of that Order. On February 2, 2016, a supplemental clerk's record was filed in this Court by the trial clerk stating that the clerk's record was mailed to the appellant on January 25, 2016, and received by the prison facility on January 27, 2016.

On February 1, 2016, appellant filed this "First Motion for Extension of Time to File Appellant's Pro Se Brief or Response to Brief," dated January 27, 2016, seeking a thirty-day extension of time to file his brief. Because it appears that appellant received the clerk's record on the same date as his motion, the Court construes this motion as one seeking an extension of time to file appellant's motion for an extension of time to file his notice of appeal, with a brief or affidavit or other evidence in support, if any, and **grants** the motion.

Accordingly, the Court **ORDERS** appellant to file a motion for extension of time, providing a reasonable explanation why his notice of appeal should be deemed timely under the "prisoner mailbox rule," including any proof of when appellant placed the notice of appeal in the outgoing prison mailbox. *Houser v. McElveen*, 243 S.W.3d 646, 646-47 (Tex. 2008) (per curiam). If appellant fails to file this motion **within 30 days of the date of this Order**, the appeal may be dismissed for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a), (c).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
            ☒ Acting individually
Date: February 18, 2016